# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CAPPS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CIOLLI,<br><br>　　　　　Respondent. | Case No. 1:20-cv-00766-AWI-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER A COPY OF RESPONDENT'S MOTION TO DISMISS (ECF No. 10)<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 13, 2020, Respondent filed a motion to dismiss the petition. (ECF No. 10). On March 25, 2021, the issued findings and recommendation, noting therein that "[t]o date, no opposition has been filed, and the time for doing so has passed." (ECF No.11 at 2).[1] On April 12, 2021, the Court received Petitioner's objections, in which Petitioner states that he never received Respondent's motion to dismiss. (ECF No. 12 at 2).

A review of the docket reflects that Respondent did not file a certificate of service along with the motion to dismiss.

///

///

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 10);
2. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement that he relies on the arguments set forth in his objections (ECF No. 12) as an opposition; and
3. Any reply to an opposition to the motion to dismiss shall be filed within seven (7) days after the opposition or statement of reliance on the objections is served.

IT IS SO ORDERED.

Dated: **May 7, 2021**

_____
UNITED STATES MAGISTRATE JUDGE