1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DENNIS CAPPS,                          Case No. 1:20-cv-00766-AWI-SAB-HC

12               Petitioner,                ORDER DENYING AS MOOT
                                            PETITIONER'S MOTION FOR
13        v.                                DOCUMENTS

14   CIOLLI,                                (ECF No. 19)

15               Respondent.

16

17        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.

19        On August 4, 2021, the undersigned issued findings and recommendation recommending

20   denial of Respondent's motion to dismiss. (ECF No. 17). The findings and recommendation

21   provided that any objections were to be filed within fourteen days. On August 16, 2021,

22   Respondent filed timely objections. (ECF No. 18).

23        On August 23, 2021, the Court received the instant request from Petitioner for the Clerk's

24   Office to send him a copy of the reply to the opposition to the motion to dismiss. (ECF No. 19).

25   Petitioner contends that he never received the reply when it was originally filed. Petitioner

26   argues that obtaining the reply will allow him to "exercise his rights" because otherwise "it will

27   be impossible for Petitioner to file a reply if Respondent files an objection" given Petitioner's

28   concern that he will not receive a copy of the objection.

                                            1

1    On August 26, 2021, the Court received Petitioner's reply to Respondent's objections.

2  (ECF No. 20). Therein, Petitioner specifically replies to arguments raised in Respondent's

3  objections. As Petitioner received Respondent's objections and was able to file a reply, the Court

4  finds that the basis of Petitioner's request for a copy of the reply is moot.

5    Accordingly, Petitioner's motion for documents (ECF No. 19) is DENIED.

6

7  IT IS SO ORDERED.

8  Dated:   **August 27, 2021**

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28